## JOSEPH MELSON v. SAMUEL TINDAL.

Court of Common Pleas. November, 1795.

*Wilson's Red Book, 87.*

On solemn argument the record of the Sessions was read in evidence, though no permission of the Sessions.

Verdict for plaintiff and sixpence damages.